## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Jonathon Ziesmer, | Case No: 0:12-cv-03031-PAM-JJK |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTIONS IN LIMINE** |
| Derrick Lee Hagen, individually and in his professional capacity as a Minnesota State Patrol Officer, | |
| Defendants. | |

_____

To: Defendant and his attorney, Kathryn Fodness, Office of Attorney General of Minnesota, 445 Minnesota Street, Suite 1100, St. Paul, MN 55101

PLEASE TAKE NOTICE that Plaintiff hereby moves the Court for an Order excluding any testimony, documentary evidence, information, allegations, or argument regarding Plaintiff's application and proceedings for disability benefits, employment status, Trooper Hagen's Commendations, and Travis Jones' Petty Misdemeanor Criminal Conviction and events surrounding his criminal conviction.

Dated: July 20, 2015                s/Christopher J. Kuhlman
                                    Christopher J. Kuhlman
                                    MN Bar No. 0386840
                                    ATTORNEY FOR PLAINTIFF
                                    **KUHLMAN LAW, PLLC**
                                    333 Washington Avenue N., Suite 335
                                    Minneapolis, MN 55401
                                    Telephone: 612.349.2747
                                    Fax: 612.435.9835
                                    Email: ckuhlman@CkLegal.com